First Department. June 24, 1910.) Action by Ambrose B. Stannard against the Atlantic Terra Cotta Company. No opinion. Motion granted. Question certified. Order filed. See, also, 123 N. Y. Supp. 733.

STAPLETON, Respondent, v. LA SHELLE, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by John Stapleton against Mazie N. La Shelle, as executrix, etc. G. W. Betts, Jr., for appellant. M. J. O'Brien, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 124 App. Div. 333, 335, 661, 109 N. Y. Supp. 41, 42, 446; also, infra.

STAPLETON v. LA SHELLE. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by John Stapleton against Mazie N. La Shelle, as executrix. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

STAPLETON v. LA SHELLE (two cases). (Supreme Court, Appellate Division, First Department. June 24, 1910.) Actions by John Stapleton against Mazie N. La Shelle. No opinion. Motions denied, with $10 costs. Orders filed. See, also, supra.

STARR, Appellant, v. CONRAD, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Richard E. Starr against Chas. Conrad. No opinion. Order affirmed, with $10 costs and disbursements.

STATE BOARD OF PHARMACY, Respondent, v. BELLINGER, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by the State Board of Pharmacy against Melvin E. Bellinger. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 122 N. Y. Supp. 651.

STATEN ISLAND SUPPLY CO., Respondent, v. LIGHT, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by the Staten Island Supply Company against Nathan Light. No opinion. Judgment of the Municipal Court affirmed, with costs.

STEINMAN et al. v. FORD et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Benjamin Steinman and others against Solomon K. Ford, impleaded, etc. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed. See, also, 121 N. Y. Supp. 1149.

STEMBER, Respondent, v. WIENER, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Edward Stember against Albert Wiener. No opinion. Judgment and order unanimously affirmed, with costs.

STEVENS, Appellant, v. J. N. ADAM & CO., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Margaret Stevens against J. N. Adam & Co. No opinion. Judgment and order affirmed, with costs. See, also, 122 N. Y. Supp. 1126.

In re STEVENSON (two cases). In re KERNOCHAN. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Maxwell Stevenson, in the matter of Eloise Kernochan, and in the matter of Paul E. Stevenson. No opinions. Applications denied, with leave to either party to renew applications for final order upon the disposition of the appeal by the Court of Appeals. Settle orders on notice. See, also, 137 App. Div. 789, 122 N. Y. Supp. 664.

STORER, Respondent, v. KAUFMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by John H. Storer against Leo Kaufman. No opinion. Judgment affirmed, with costs.

STREBE, Respondent, v. WEBB, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Charles Strebe against Thomas E. Webb. No opinion. Judgment affirmed, with costs.

SULINSKI, Respondent, v. MERCANTILE CONST. CO., Appellant. (Supreme Court, Appellate Division. Second Department. July 29, 1910.) Action by Bartholomew J. Sulinski against the Mercantile Construction Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

TAFT, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Henry N. Taft against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

In re TAYLOR. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) In the matter of James Taylor, an attorney. PER CURIAM. Motion for commission to take testimony on interrogatories granted. Settle order before Thomas, J. See, also, 122 N. Y. Supp. 1147.

TAYLOR v. CRAWFORD. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Jacob Taylor against William Crawford. With this case in this court has been consolidated cases bearing titles as follows: William M. Clemens v. Press Publishing Co. (see, also, 67 Misc. Rep. 183,